**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Andres HERNANDEZ–VILLAFUERTE,**
**Defendant–Appellant.**

**No. 11–50636**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 17, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Judy Fulmer Madewell, Assistant Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, El Paso, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and SMITH, Circuit Judges.

PER CURIAM: [*]

Appealing the judgment in a criminal case, Andres Hernandez–Villafuerte raises arguments that he concedes are foreclosed by *United States v. Gomez–Herrera,* 523 F.3d 554, 562–63 (5th Cir.2008), which held that the disparity in sentences that occurs because some defendants can participate in

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

a fast-track program while others cannot is not "unwarranted" within the meaning of 18 U.S.C. § 3553(a)(6). The Government's motion for summary affirmance is GRANTED, the Government's alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.